THE STATE OF WASHINGTON, *Appellant,* v. FRANCISCO CEPEDA RAMIREZ, *Respondent.*

Appeal from a judgment of the Superior Court for King

County, No. 89-1-06523-8, Richard M. Ishikawa, J., entered February 8, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Pekelis and Forrest, JJ.